**B.J. GRIFFITH; Gordon Griffith;**
**Delta Waste Recovery, Inc.,**
**Appellants,**

v.

**ARKANSAS DEPARTMENT OF POLLUTION CONTROL AND ECOLOGY;**
**East Arkansas Planning and Development District; East Arkansas Regional Solid Waste Management District,**
**Appellees.**

**No. 98–3931.**

United States Court of Appeals,
Eighth Circuit.

Submitted May 14, 1999.

Decided Aug. 10, 1999.

Before WOLLMAN, Chief Judge,
BEAM, and MURPHY, Circuit Judges.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.

PER CURIAM.

B.J. Griffith, Gordon Griffith, and Delta Waste Recovery, Inc., appeal from the judgment of the district court[1] granting the appellees' separate motions to dismiss. Having reviewed the parties' briefs, we conclude that the court correctly analyzed the relevant legal principles as they apply to the facts of the case. Because an extended opinion would have no precedential value, we affirm without further discussion. *See* 8th Cir. R. 47B.

The judgment is affirmed.

---

1. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.